November 8, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

SOUTHWESTERN ENERGY COMPANY, Appellant

NO. 14-16-00726-CV                    V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

_____

This cause, an interlocutory permissive appeal from an order granting appellee's, the Harris County Appraisal District, motion to exclude appellant's, Southwestern Energy Company, expert testimony, signed on September 2, 2016, was heard on the transcript of the record. The record shows that the requirements for a permissive appeal pursuant to Section 51.014 of the Texas Civil Practice and Remedies Code have not been satisfied. Accordingly, we deny the petition.

We order appellant, Southwestern Energy Company, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.